UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DONALD D. WILLIS,                                     Civil No. 07-4739 ADM/AJB

       Plaintiff,

       v.                                                     O R D E R

DAVID L. WILLIS,

       Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 7, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 8, 2008

                                                        s/Ann D. Montgomery
                                                        _____
                                                        Judge Ann D. Montgomery
                                                        U. S. District Court